# Ex. D
## (Wright Declaration)

| Liberty Energy Inc. et al., | |
|---|---|
| v. | |
| Securities and Exchange Commission et al. | |

## Declaration of Christopher Wright

I, Christopher Wright, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Chairman and CEO of Liberty Energy Inc. ("Liberty").

2. Liberty is a leading North American oilfield services firm that offers cutting-edge completion services and technologies to onshore oil and natural gas exploration and production companies. Liberty was founded in 2011 with a relentless focus on developing and delivering next-generation technology for the sustainable development of unconventional energy resources in partnership with our customers.

3. All of the Liberty family, from our field crews to our board of directors, form a committed and engaged team. We strive to enhance our company, families, communities, and the world. As a company, we have invested in our people and in technology to help our customers in producing efficient and clean oil and gas resources.

4. Liberty shares are traded on the New York Stock Exchange under the ticker LBRT.

5. I am generally aware of the Securities and Exchange Commission's new rule, *The Enhancement and Standardization of Climate-Related Disclosures for*

1

*Investors* ("Climate Rule"). Liberty is a large accelerated filer subject to the Climate Rule.

### *The Climate Rule's True Purpose*

6. It is plain that the Climate Rule is part of an attempt to surreptitiously support unpopular climate policies under the veil of protecting against financial risk, while ignoring the hard compromises necessary to enact real climate policy—compromises that only Congress can lawfully undertake.

7. On its surface, the Climate Rule purports to merely protect investors from financial risks. But its consequences and true purpose are much deeper. The true effect of requiring the disclosure of greenhouse gas (GHG) emissions, "physical risks," and speculative "transition risks" is to manipulate the capital-market system to achieve energy and climate policy goals.

8. The activists who call for these disclosures have made clear why they want them: to drive "aggressive reductions" in GHG emissions.[1] Through broad disclosure regimes, climate activists hope to open the door to public shaming, further regulation, and aggressive enforcement through actions by the SEC, other agencies, state and local officials, and through private lawsuits.[2] Further, because there is great uncertainty in determining the short and long-term risks from climate change,

---

[1] *Ceres Ambition 2030*, CERES, https://www.ceres.org/climate/ambition2030 (last accessed May 4, 2022) (referenced as calling for the disclosures in the proposed version of the Climate Rule, *The Enhancement and Standardization of Climate-Related Disclosures for Investors*, 87 Fed. Reg. 21334, 21338 (Apr. 11, 2022)).

[2] Rupert Darwall, *Capitalism, Socialism, and ESG*, REAL CLEAR BRIEFING (May 2021), https://www.realclearpolitics.com/docs/2021/rupert_darwall_capitalism_socialism_and_esg_may_2021.pdf.

such disclosures would expose issuers and investors to greater litigation risk.

9. Now the SEC has imposed a government mandate requiring companies to disclose the information that activists have long sought. With the Climate Rule, the SEC has established a new financial framework to discourage fossil fuel investments.

10. The proposed version of the rule almost admitted as much, listing as supporters dozens of groups who have admitted that they want these disclosures to support "the goal of net zero GHG emissions by 2050 or sooner,"[3] to "achieve the goals of the Paris Agreement,"[4] and to "transform the global financial system in order to finance the investment in a net-zero economy."[5]

***The Climate Rule Irreparably Harms Liberty***

11. In addition to unrecoverable financial harms, which are detailed in Michael Stock's declaration, the Climate Rule also forces Liberty to speak about and wade into controversial political realms, in violation of core First Amendment principles.

12. Climate change in general is a politically charged matter, and, more specifically, whether emissions information is material to corporate performance is a strongly debated political matter. In fact, even the frameworks the SEC uses—e.g., pegging disclosures to the controversial Paris Climate Accords—are themselves

---

[3] The Net Zero Asset Managers Initiative, https://www.netzeroassetmanagers.org/ (last accessed March 7, 2024).
[4] *Business Case*, Climate Action 100+, https://www.climateaction100.org/approach/business-case/ (last accessed March 7, 2024).
[5] FSB, *FSB Roadmap for Addressing Climate-Related Financial Risks* 3 (July 7, 2021), https://www.fsb.org/2021/07/fsb-roadmap-for-addressing-climate-related-financial-risks.

controversial, as is deciding which emissions should be attributed to a particular company. The Climate Rule forces Liberty to take a side on these issues—a side with which it disagrees.

13. Further, unlike basic balance-book information about companies, the Climate Rule requires disclosure of information that is incredibly subjective and likely manipulable, as discussed *infra* ¶¶ 30–31, meaning that it is hardly "factual." The only way to avoid this compelled speech, and the other harms imposed by the Climate Rule, would be to go private, an extraordinarily expensive route that greatly increases the cost of capital.

***The Climate Rule Harms the Public***

14. The Climate Rule's negative impact on domestic energy investment and production will be far-reaching. It will impose burdens not just on "a significant portion of the American economy"[6] but on nearly all of it.

15. The Climate Rule damages the public by making fossil fuels more expensive by driving up compliance costs and making conditions more difficult for investment. Some energy companies may conclude that they cannot bear the increased costs of compliance and subsequent litigation over allegedly misleading disclosures, and they will be forced to go private, increasing their cost of capital, which in turn will lead to even more increase in the costs of energy production and ultimately increased costs for energy consumers.

---

[6] *West Virginia v. EPA*, 142 S. Ct. 2587, 2608 (2022).

16. The story of the 20th century is the story of the triumph of energy.[7] The arrival of fossil fuels transformed humanity, lifting billions out of poverty and more than doubling human life expectancy.[8]

17. Fossil fuels today support billions of people in lifestyles that were simply unimaginable only a few generations ago. Planes, trains, and automobiles changed the game for human mobility. Modern medicine, communications, the internet, and air conditioning have changed the human condition beyond anything our ancestors would recognize.

18. This unprecedented growth was accomplished largely on the backs of coal, oil, and natural gas—with the latter two increasingly displacing coal in the United States in recent decades.[9] The shale revolution has caused American natural gas production to climb, pushing global and United States natural gas prices down. Because most Americans live paycheck to paycheck, a surge in energy prices beyond what is already occurring today with record high gasoline and diesel prices would be devastating.[10]

19. The biggest impacts of the change in energy production are in the electricity sector, where natural gas has vaulted to the top, supplying nearly 40% of

---

[7] *2020 ESG Report: Bettering Human Lives*, Liberty Oilfield Services (2020) at 16, https://www.libertyfrac.com/wp-content/uploads/2021/06/Liberty-ESG-2020-Bettering-Human-Lives.pdf.
[8] Max Roser, et al., *Life Expectancy*, OUR WORLD IN DATA (Oct. 2019), https://ourworldindata.org/life-expectancy.
[9] *Monthly Energy Review*, U.S. ENERGY INFO. ADMIN. (Apr. 2021), https://www.eia.gov/energyexplained/us-energy-facts/.
[10] Jessica Dickler, *As Inflation Heats Up, 64% of Americans Are Now Living Paycheck to Paycheck*, CNBC (Mar. 8, 2022), https://www.cnbc.com/2022/03/08/as-prices-rise-64-per-cent-of-americans-live-paycheck-to-paycheck.html.

5

U.S. electricity.[11] Coal has fallen from over 50% of U.S. electricity supply just 15 years ago, to less than 25% today. This reduction in coal has meant both cleaner air (lower particulate matter, sulfur dioxide, mercury, etc.) in the United States and a decline in U.S. GHG emissions on a per capita basis to its lowest level in over 50 years.[12] Well over half of the steep drop in U.S. GHG emissions over the last 15 years is attributable to natural gas displacing coal.[13]

20. The continuing increase in oil and natural gas demand is largely because they are essential components in global manufacturing and food production. Oil and natural gas are core to the synthesis of fertilizers, plastics, and steel. Without synthetic nitrogen fertilizers, mainly made from natural gas through the Haber-Bosch process, current farmland could sustain only about half of the global population.[14] Nearly all plastics (99.8%), ubiquitous in modern life, are made from fossil fuels.[15] Steel cannot yet be produced in a commercially viable way without fossil fuels, steel production is currently responsible for 8% of the world's energy demand, and steel production is expected to increase by more than a third by 2050.[16] These are all good reasons to expect that regulatory pressure will not lead to reduced

---

[11] *U.S. Total Energy Statistics,* U.S. ENERGY INFO. ADMIN. (Apr. 2021), https://www.eia.gov/energyexplained/us-energy-facts/data-and-statistics.php.
[12] Hannah Ritchie & Max Roser, *United States: CO2 Country Profile*, OUR WORLD IN DATA (2020), https://ourworldindata.org/co2/country/united-states.
[13] *The Role of Gas in Today's Energy Transitions*, INT'L ENERGY AGENCY (2019), https://www.iea.org/reports/the-role-of-gas-in-todays-energy-transitions.
[14] *See* Hannah Ritchie, *World Population Supported by Synthetic Fertilizers*, Our World in Data (Nov. 7, 2017), https://ourworldindata.org/how-many-people-does-synthetic-fertilizer-feed.
[15] *Fossil Fuels & Plastic,* CTR. FOR INT'L ENV'T LAW (2022), https://www.ciel.org/issue/fossil-fuels-plastic/.
[16] *Iron and Steel Industrial Roadmap,* International Energy Agency (Oct. 21, 2020).

6

demand for fossil fuels.

21. Despite these extraordinary benefits of fossil fuels, the Climate Rule is premised on the notion that companies nonetheless face "transition risks" related to "reduced market demand" for fossil fuels."[17] That gets the facts exactly backwards: fossil fuel demand is increasing, not decreasing. As mentioned above, while U.S. GHG emissions have been declining for several years now, American oil and gas production has continued to grow. The U.S. Energy Information Administration expects U.S. fossil fuel production to reach new highs in 2023, and petroleum and natural gas production are expected to continue to increase through 2050.[18]

22. The SEC also claims that companies face risks from climate change. Although increased emissions are generally associated with warmer temperatures, there remains significant scientific uncertainty around feedback effects. Changes in temperature can lead to secondary effects like increasing atmospheric water vapor or increased surface albedo that further drive temperature changes up or down.

23. But global temperature rise is—by itself—not the concern. In fact, millions of lives have been saved by reducing cold-related deaths. While both extreme hot and extreme cold can be fatal, extreme cold is far more deadly. A 2015 meta-study in *Lancet* found that 17 times more deaths are attributable to low temperatures than to high.[19] This is why a 2021 study found that, while heat-related

---

[17] Ex.A at 93.
[18] *EIA Expects U.S. Fossil Fuel Production to Reach New Highs in 2023*, U.S. ENERGY INFO. ADMIN. (Jan. 21, 2022), https://www.eia.gov/todayinenergy/detail.php?id=50978.
[19] *See* Antonio Gasparini, et al., *Mortality Risk Attributable to High and Low Ambient Temperature: A Multicountry Observational Study*, 386 LANCET 369 (2015), https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(14)62114-0/fulltext.

7

deaths have increased somewhat over the last two decades, they were more than offset by reductions in cold-related deaths, with the net effect that climate-related mortality has decreased by about 166,000 deaths per year. [20]

24. The SEC points to supposed increases in extreme weather events, claiming at the rulemaking stage that "many" physical risks, like "increased severity of extreme weather events, such as cyclones, hurricanes, or floods" associated with climate change "have already impacted"[21] companies and that there is a "consensus" that in the long-term climate change "poses significant global risk."[22]

25. But this simply is not true. Extreme weather features prominently in the news—perhaps because of the frightening sense of awe inspired by hurricanes, tornadoes, floods, and droughts—but to date we have not seen an increase in extreme weather events. Deaths from extreme weather events have been plummeting as a wealthier, more energized world has proven far more resilient than in times past.

26. Take hurricanes, for example. While there is large annual variability in hurricane activity, the data shows no obvious increasing trend.[23] Tornadoes are also often mentioned—but tornadoes of a greater than F3 magnitude have shown a *downward* trend over the last 70 years.[24] Flood damage as a percentage of GDP has

---

[20] *See* Qi Zhao et al., *Global, Regional, and National Burden of Mortality Associated with Non-optimal Ambient Temperatures from 2000 to 2019: A Three-stage Modelling Study*, 5 LANCET PLANET HEALTH (2021) https://doi.org/10.1016/S2542-5196(21)00081-4.
[21] 87 Fed. Reg. at 21,350.
[22] 87 Fed. Reg. at 21,339 n.40.
[23] *See* Philip J. Klotzbach, et al., *Continental U.S. Hurricane Landfall Frequency and Associated Damage: Observations and Future Risks,* 99 BULLETIN AM. METEOROLOGICAL SOC'Y 1359 (2018).
[24] *See National Weather Service, Storm Prediction Center,* NAT'L OCEANIC & ATMOSPHERIC ADMIN., https://www.spc.noaa.gov/wcm.

8

plummeted since 1940, and while wildfires have burned millions more acres of forest in the 2010s than in the 1990s, that number represents only a small fraction of the more than 40 million acres burned nearly each year in the 1930s and 1940s.[25]

27. By far the most important factor regarding extreme weather is the impact that it has on human lives. There has been an over *90% decline* in annual global deaths from extreme weather over the last century even while the world population has more than tripled over the same time period.[26]

28. Wealthier societies with abundant access to affordable energy are simply far safer places to live than they were a century ago. The large majority of the remaining deaths from extreme weather are concentrated in poorer nations with high rates of energy poverty. Spreading energy access to those currently in energy poverty is the key to further driving down deaths from extreme weather.

29. While climate change is broad and complicated, it is simply incorrect to suggest that increasing extreme weather is posing a risk to businesses. If anything, the opposite is the case.

***The Climate Rule Mandates Guesswork***

30. The attempted financial quantification of such dubious risks, as required by the Climate Rule, will also lead to immediate confusion, regulatory uncertainty, and litigation—but not to meaningful investment information. The fact is that few if

---

[25] *See* Frances V. Davenport, et al., *Contribution of Historical Precipitation Changes to US Flood Damage*, 118 PNAS (Jan. 11, 2021); Sean A. Parks, et al., *High-severity Fire: Evaluating its Key Drivers and Mapping Its Probability Across Western US Forests*, 13 Environmental Res. Letter. (Apr. 18, 2018).
[26] *See* Hannah Ritchie & Max Roser, *Natural Disasters*, OUR WORLD IN DATA (Nov. 2021), https://ourworldindata.org/natural-disasters.

any climate-related risks rise to the level of "materiality." The Climate Rule divides climate-related risks into two categories: "physical risks," or the risks associated with increased extreme weather; and "transition risks," or the risks posed by policy changes driving companies away from fossil fuels. As the proposed version of the Climate Rule openly admitted, a registrant's ability to identify these risks is, at best, sheer guesswork because they will rely on subjective modeling about events with time horizons over decades away.[27]

31. What little information we do have about physical and transition risks suggests that nearly the opposite of the proposed rule's claims is true: the risks associated with extreme weather are decreasing, and the world is increasing its demand for natural gas and oil, as explained above.

Dated: March 8, 2024

_____
Christopher Wright

---

[27] 87 Fed. Reg. at 21,445, 21,427.