# Ex. F
## (Johnson Declaration)

| LIBERTY ENERGY INC. ET AL., | |
|---|---|
| v. | |
| SECURITIES AND EXCHANGE COMMISSION ET AL. | |

## DECLARATION OF BRAD JOHNSON

I, Brad Johnson, declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am the Chief Operations Officer of Nomad Proppant Services LLC ("Nomad"), a service based frac sand company built to deliver sand to wellsites in the safest and most cost-effective way possible. Nomad specifically focuses on mobile, local mining of frac sand near wellsites which, among other ecological benefits, reduces greenhouse gas emissions by drastically decreasing the number of truckloads needed to deliver sand. I am responsible for general oversight of our operational activities.

2. Nomad is a small, private company that is not publicly traded. We currently have only a few dozen employees. The majority of our employees work at our mining facility in West Texas. We have only seven employees that focus on management and administrative functions.

3. Nomad is not currently subject to ongoing reporting requirements under the Securities Exchange Act of 1934 (the "Exchange Act").

4. When Nomad sought capital investment, we turned to Liberty Energy Inc. ("Liberty"). Liberty provided Nomad with certain seed funding and retains an interest in Nomad.

1

5. I am generally aware of the SEC's new rule, *The Enhancement and Standardization of Climate-Related Disclosures for Investors* ("Climate Rule").

***The Climate Rule Irreparably Harms Access to Capital for Small Entities Like Nomad***

6. Nomad is developing new and innovative technologies that have the potential to reduce greenhouse gas emissions in the frac sand services sector.

7. Nomad was founded on the idea that bigger isn't always better. Often usable sand is available near wellsites, yet companies pay excessive costs to truck the same material from nearly 100 miles away. Nomad is developing an innovative solution to this costly problem by offering a mobile plant that can move to where the work is. Our solution reduces truck traffic and leaves a smaller environmental footprint on both the land and in emissions.

8. When Nomad sought capital investment to grow our business, we turned to Liberty. Liberty invested in Nomad, which has helped us invest and grow our business to serve more customers and provide frac sand in a more efficient way.

9. The Climate Rule will make it more costly for companies like Liberty to invest in small entities like Nomad. The Climate Rule requires that companies investigate the materiality of, and disclose, material and non-material "climate-related risks," *see* Ex.G to Motion, affecting entities that are included in their consolidated financial statements and disclose Scope 1 and Scope 2 greenhouse gas (GHG) emissions from sources that are included within the registrant's "organizational boundaries," *see* Ex.E.9–10.

10. Because Nomad is an equity investee of Liberty and is subject to certain

2

control rights exercised by Liberty, to comply with the Climate Rule Liberty will have to make an investigation into Nomad's relevant material and non-material climate-related risks and include a portion of our Scope 1 and Scope 2 GHG emissions within Liberty's own Scope 1 and 2 emissions figures.

11. We do not currently report climate-related risks or collect or report our Scope 1 and Scope 2 GHG emissions. The Climate Rule will require Liberty and Nomad to undertake new expenses to investigate our climate-related risks and begin reporting Nomad's climate-related risks and emissions, even though Nomad is not a public company and is not otherwise regulated by the SEC.

12. Because we are a private company with only seven employees in administration activities and are not subject to other extensive compliance regimes like Sarbanes-Oxley, we lack the existing infrastructure to collect such data and will be forced to create collection and compliance systems from scratch, almost certainly by hiring outside consultants at considerable expense. In order to begin collecting relevant data by January 1, 2025 so that Liberty can fulfill its disclosure obligations for fiscal year 2025, we would need to begin setting up these systems imminently.

13. These costs will reduce our profitability and, in turn, Liberty's return on its investment in Nomad. As a result, public companies like Liberty will have less incentive to invest in small entities like Nomad. The end result will be an increase in the cost of capital for startups like Nomad.

Dated: March 8, 2024

_____
Brad Johnson