# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

March 10, 2024

Mr. Dominick V. Freda  
U.S. Securities & Exchange Commission  
100 F Street, N.E.  
Washington, DC 20549

    No. 24-60109    Liberty Energy v. SEC  
                            USDC No. 33-11275  
                            USDC No. 34-99678

Dear Counsel:

This letter will serve to advise the parties that the court has requested a response to the Petitioners' Motion for administrative stay and for stay pending appeal be filed in this office on or before Wednesday, March 13, 2024 by **5:00pm.**

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Mary Frances Yeager, Deputy Clerk  
                          504-310-7686

cc:  Mr. R. Trent McCotter