# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 13, 2024

Mr. Dominick V. Freda
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Ms. Tracey A. Hardin
U.S. Securities & Exchange Commission
100 F Street, N.E.
Room 9254
Washington, DC 20549

Mr. Justin Lee Matheny
Mississippi Attorney General's Office
550 High Street
Suite 1200
Jackson, MS 39201

Mr. R. Trent McCotter
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Washington, DC 20006

Mr. Caleb Orr
Boyden Gray, P.L.L.C.
801 17th Street, N.W.
Suite 350
Washington, DC 20006

Ms. Autumn Hamit Patterson
P.O. Box 861395
Plano, TX 75086

Mr. John Robert Rady
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Mr. Daniel Staroselsky
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Mr. Luke A. Wake
Pacific Legal Foundation
555 Capitol Mall
Suite 1290
Sacramento, CA 95814

Mr. Wesley Scott Williams
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548 (MC-066)
Austin, TX 78711-2548

No. 24-60109   Liberty Energy v. SEC
               USDC No. 33-11275
               USDC No. 34-99678

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.


Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686