# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

March 15, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 24-60109    Liberty Energy v. SEC
                Agency No. 33-11275
                Agency No. 34-99678

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Jorge Benjamin Aguinaga
Mr. Michael A. Conley, Solicitor
Mr. Dominick V. Freda
Ms. Tracey A. Hardin
Mr. Justin Lee Matheny
Mr. R. Trent McCotter
Mr. Caleb Orr
Ms. Autumn Hamit Patterson
Ms. Rachel K. Paulose
Mr. John Robert Rady
Mr. Eugene Scalia
Mr. Daniel Staroselsky
Mr. Luke A. Wake
Mr. Wesley Scott Williams