# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 22, 2024

Lyle W. Cayce
Clerk

––––––––––––

No. 24-60109

––––––––––––

LIBERTY ENERGY, INCORPORATED; NOMAD PROPPANT
SERVICES, L.L.C.; STATE OF LOUISIANA; STATE OF
MISSISSIPPI; STATE OF TEXAS; TEXAS ALLIANCE OF ENERGY
PRODUCERS; DOMESTIC ENERGY PRODUCERS ALLIANCE;
CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA;
TEXAS ASSOCIATION OF BUSINESS; LONGVIEW CHAMBER OF
COMMERCE,

*Petitioners*,

*versus*

SECURITIES AND EXCHANGE COMMISSION,

*Respondent.*

––––––––––––––––––––––––––

Appeal from the Securities & Exchange Commission
Agency Nos. 33-11275, 34-99678

––––––––––––––––––––––––––

## UNPUBLISHED ORDER

Before JONES, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:

Upon consideration of the order of the United States Judicial Panel on
Multidistrict Litigation selecting the United States Court of Appeals for the
Eighth Circuit in which to consolidate multicircuit petitions for review, IT

IS ORDERED that this petition is TRANSFERRED to the United States Court of Appeals for the Eighth Circuit and the administrative stay entered on March 15, 2024 is DISSOLVED.[1]

_____

[1] Judge Jones believes the docket should stay as is pending transfer.